IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 NOV 17 P 2: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, as Personal Representative of the Estate of Kenneth Earl Garlington, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>NAPHCARE, INC.; MARC Q. SONNIER; JAMES DELONG; BARBARA GAIL WALTERS; EDDIE NAGLE; C.I. HADLEY; DONAL CAMPBELL; et al.,<br><br>Defendants. | CASE NO.: 2:06-CV-1031-WKW |

## ANSWER

**COME NOW** the defendants, **Naphcare, Inc., Marc Q. Sonnier, James DeLong, and Barbara Gail Walters**, and state the following in answer to the plaintiff's Complaint:

### FIRST DEFENSE

These defendants plead the general issue and say that they are not guilty of the matters alleged in the Complaint.

### SECOND DEFENSE

These defendants plead the general issue and say that the allegations of the Complaint are not true.

### THIRD DEFENSE

These defendants say that the Complaint fails to state a claim against these defendants upon which relief can be granted.

### FOURTH DEFENSE

These defendants say that the incident complained of was proximately caused by a new, independent, and intervening efficient cause, and not by these defendants.

## FIFTH DEFENSE

As to the Complaint, these defendants deny each and every material allegation of the plaintiff's Complaint and specifically deny that the plaintiff is entitled to recover damages from these defendants.

## SIXTH DEFENSE

These defendants aver that there is no causal relationship between any act of these defendants and the injury alleged in the Complaint.

## SEVENTH DEFENSE

These defendants plead in defense all applicable provisions of the Alabama Medical Liability Act, Alabama Code § 6-5-540, et. seq. (as amended).

## EIGHTH DEFENSE

These defendants plead that the allegations of the Complaint are barred by the Eleventh Amendment to the United States Constitution as a suit against officers and agencies of the State of Alabama in their official capacities.

## NINTH DEFENSE

These defendants plead contributory negligence of the plaintiff's deceased, Kenneth Earl Garlington.

## TENTH DEFENSE

These defendants plead that they are entitled to qualified immunity as to the allegations of the complaint.

_____
Celeste P. Holpp - POT014
Attorney for Defendants
Naphcare, Inc., Marc Q. Sonnier, James DeLong, and Barbara Gail Walters

Of Counsel:

NORMAN, WOOD, KENDRICK & TURNER
Financial Center - Suite 1600
505 20th Street North
Birmingham, Alabama 35203
Tele: (205) 328-6643
Fax: (205) 251-5479
Email: cholpp@nwkt.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all counsel of record by placing a copy of same in the U.S. mail, postage prepaid and properly addressed on this the 16th day of November, 2006, as follows:

Julian P. Hardy, Jr., Esq.
Madison W. O'Kelley, Jr., Esq.
Pritchard McCall & Jones
505 North 20th Street
800 Financial Center
Birmingham, Alabama 35203

Neal Conner, Esq.
Alabama Department of Corrections
101 South Union Street
P.O. Box 301501
Montgomery, Alabama 36130-1501

_____
Celeste P. Holpp