IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:06-CV-1031-WKW ) |
| NAPHCARE, INC., MARC Q. SONNIER, JAMES DELONG, BARBARA GAIL WALTERS, EDDIE NAGLE, C.I. HADLEY, DONAL CAMPBELL, et al., | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Come now **STANLEY A. CASH** and **MARTHA LEACH THOMPSON** of the law firm of Huie, Fernambucq & Stewart, LLP and enter their names as counsel of record for Defendant, NaphCare, Inc., in the above-referenced matter and would request counsel of record and the Court to enter their names on their Certificate of Service list for notices of any further proceedings in the above-referenced matter.

/s/ Martha Leach Thompson
Stanley A. Cash
Martha Leach Thompson
Attorneys for NaphCare, Inc.

**OF COUNSEL:**

HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223-2484
(205) 251-1193
Telecopier: (205) 251-1256

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the above and foregoing pleading on the parties listed below via the CM/ECF System on this the 4th day of December, 2006.

                Kim T. Thomas, Esq.
                Neal P. Connor, Esq.
        Alabama Department of Corrections
                   Legal Division
              301 South Ripley Street
              Montgomery, AL  36130

              Celeste P. Holpp, Esq.
       Norman, Wood, Kendrick & Turner
       800 Financial Center, Suite 1600
         505 Twentieth Street North
            Birmingham, AL 35203

               Julian P. Hardy, Esq.
        Madison W. O'Kelley, Jr., Esq.
           Pritchard McCall & Jones
              505 North 20th Street
               800 Financial Center
              Birmingham, AL  35203

                                  /s/ Martha Leach Thompson
                                  Of counsel