IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **TYEESHA LASHAYE MARTIN,** | * | |
| **Personal Representative of the Estate** | * | |
| **of Kenneth Earl Garlington, Deceased,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| vs. | * | CASE NO. 2:06-CV-1031-WKW |
| | * | |
| **NAPHCARE, INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

**NOTICE TO THE CLERK**
**CERTIFICATION OF SERVICE OF DISCOVERY DOCUMENTS**

TO:

United States District Court Clerk
Middle District of Alabama

TAKE NOTICE that Defendants Nagle, Hadley, and Campbell, by the undersigned counsel, has this date, January 5, 2007, served on counsel for all parties, the following:

( )   Request for Production to
( )   Response to Request for Production to
( )   Interrogatories to
( )   Answers to Interrogatories
( )   Request for Admissions to
( )   Response to Request for Admissions to
( )   Notice of Intent to serve Subpoena on
( )   Deposition Notice of
(X)   Other: Defendants' Initial Disclosures pursuant to Rule 26(a)(1)(a)&(b)

/s/ Neal P. Conner
NEAL P. CONNER (CON020)
ASSISTANT GENERAL COUNSEL
ASSISTANT ATTORNEY GENERAL

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 5th day of January 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Celeste P. Holpp, Esq.
Norman, Wood, Kendrick & Turner
800 Financial Centr, Suite 1600
505 Twentieth Street, North
Birmingham, AL 35203

Julian P. Hardy, Esq.
Madison W.O'Kelley, Jr., Esq.
Pritchard McCall & Jones
505 North 20th Street
800 Financial Center
Birmingham, AL 35203

            /s/ Neal P. Conner
            NEAL P. CONNER (CON020)
            ASSISTANT GENERAL COUNSEL
            ASSISTANT ATTORNEY GENERAL

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL    36130
(334)  353-3888