IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-1031-WKW |
| ) | |
| NAPHCARE, INC., MARC Q. ) | |
| SONNIER, JAMES DELONG, ) | |
| BARBARA GAIL WALTERS, EDDIE ) | |
| NAGLE, C.I. HADLEY, DONAL ) | |
| CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR HIPAA ORDER

COME now the Defendants, NaphCare, Inc., Marc Q. Sonnier, James Delong and Barbara Gail Walters, and move this Honorable Court to enter a "HIPAA Order in Civil Action" in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

### NO ORAL ARGUMENT REQUESTED

/s/ Martha Leach Thompson
Stanley A. Cash
Martha Leach Thompson
Attorneys for Defendants NaphCare, Inc., Marc
Q. Sonnier, James Delong, and Barabara Gail
Walters

Of Counsel:
Huie, Fernambucq & Stewart, LLP
Three Protective Center
2801 Highway 280 South
Birmingham, Alabama 35223

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served via the CM/ECF System on the following on this the 23rd day of January, 2007:

Kim T. Thomas, Esq.
Neal P. Connor, Esq.
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Montgomery, AL 36130

Celeste P. Holpp, Esq.
Norman, Wood, Kendrick & Turner
800 Financial Center, Suite 1600
505 Twentieth Street North
Birmingham, AL 35203

Julian P. Hardy, Esq.
Madison W. O'Kelley, Jr., Esq.
Pritchard McCall & Jones
505 North 20th Street
800 Financial Center
Birmingham, AL 35203

/s/ Martha Leach Thompson
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:06-CV-1031-WKW |
| ) | |
| NAPHCARE, INC., MARC Q. ) | |
| SONNIER, JAMES DELONG, ) | |
| BARBARA GAIL WALTERS, EDDIE ) | |
| NAGLE, C.I. HADLEY, DONAL ) | |
| CAMPBELL, et al., ) | |
| ) | |
| Defendants. ) | |

## HIPAA ORDER IN CIVIL ACTION

Upon compliance with Federal law, the attorneys for the parties to this lawsuit are permitted to obtain all health information relating to any individual who is a party to this case, or of any decedent or other real party in interest, represented by an executor, administrator, guardian, next friend, bailee or trustee, and to obtain all information relative to payment for the provision of medical care to any such individual, including any and all psychiatric and/or mental health records. This Order neither broadens nor restricts any party's ability to conduct discovery pursuant to Federal law, the sole purpose hereof being only to permit compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

This Court Order authorizes any third-party who is provided with a subpoena requesting the production of documents or commanding attendance at deposition or trial to disclose Protected Health Information in response to such request or subpoena. This Court Order is intended to authorize such disclosures

under Section 164.512(e)(1) of the privacy regulations issued pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

At the conclusion of this action and at the written request of an individual whose Protected Health Information has been disclosed, or such individual's authorized representative, all recipients of the Protected Health Information shall return to the requesting party the documents and all copies thereof containing Protected Health Information received by them pursuant to this Order, except that Protected Health Information, which is included in insurance claim files and law firm litigation files, may be retained to allow compliance to the extent and for the period that such retention is required by Federal insurance laws and the Alabama State Bar rules and regulations.

DONE AND ORDERED this the ____ day of _____, 2007

_____
Honorable W. Keith Watkins