IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAPHCARE, INC.; MARC Q. SONNIER; )<br> JAMES DELONG; BARBARA GAIL )<br>WALTERS, EDDIE NAGLE; )<br>C.I. HADLEY; DONAL CAMPBELL; )<br>et al., )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-1031-WKW |

## DISMISSAL OF ALL CORRECTIONS DEFENDANTS

Comes now the Plaintiff, by and through the undersigned counsel, dismissing with prejudice, any and all claims, either asserted or those which could have been asserted, against all remaining Department of Corrections defendants, including specifically Eddie Nagle, C.I. Hadley and Donal Campbell, with costs taxed as paid.

Respectfully submitted,

_____
Julian P. Hardy, Jr. (HAR012)

_____
Madison W. O'Kelley, Jr. (OKE001)
Attorneys for Plaintiff

**ADDRESS OF COUNSEL:**
**Pritchard McCall & Jones**
**505 North 20th Street**
**800 Financial Center**
**Birmingham, Alabama 35203**
**205-328-9190**
**205-458-0035 facsimile**

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

    Celeste P. Holpp, Esq.
    Norman, Wood, Kendrick & Turner
    800 Financial Center, Suite 1600
    505 Twentieth Street, North
    Birmingham, AL   35203

    Neal P. Conner, Esq.
    Alabama Department of Corrections
    Legal Division
    301 South Ripley Street
    P.O. Box 301501
    Montgomery, AL   36130
    (334) 353-3889

                                          /s/ signature
                                          Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NAPHCARE, INC.; MARC Q. SONNIER; )<br> JAMES DELONG; BARBARA GAIL )<br>WALTERS, EDDIE NAGLE; )<br>C.I. HADLEY; DONAL CAMPBELL; )<br>et al., )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-1031-WKW |

## **ORDER**

On the motion of Plaintiff, all claims against all remaining Corrections Defendants, including specifically Eddie Nagle, C. I. Hadley, and Donal Campbell, are DISMISSED, with prejudice.

So ORDERED, this the _____ day of _____, 2007.


_____
United States District Judge