IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:06-CV-1031-WKW |
| NAPHCARE, INC., MARC Q. SONNIER, JAMES DELONG, BARBARA GAIL WALTERS, EDDIE NAGLE, C.I. HADLEY, DONAL CAMPBELL, et al., | ) ) ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, Plaintiff and Defendants, and show unto the Court that they have resolved all claims, issues, and controversies pending between the parties hereto and desire the Court to enter an Order dismissing all claims of the Plaintiff against all Defendants with each party to bear his or her own costs.

Respectfully submitted this the 9th day of August, 2007.

/s/ Martha Leach Thompson
Stanley A. Cash
Martha Leach Thompson
Attorneys for NaphCare, Inc., Marc Q. Sonnier, James Delong and Barbara Gail Walters

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
Suite 200
2801 Highway 280 South
Birmingham, Alabama 35223-2484

*/s/ Julian P. Hardy*
*/s/ Madison W. O'Kelley, Jr.*
Julian P. Hardy, Esq.
Madison W. O'Kelley, Jr., Esq.
Pritchard McCall & Jones
505 North 20th Street
800 Financial Center
Birmingham, AL  35203

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-CV-1031-WKW |
| | ) |
| NAPHCARE, INC., MARC Q. SONNIER, JAMES DELONG, BARBARA GAIL WALTERS, EDDIE NAGLE, C.I. HADLEY, DONAL CAMPBELL, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Pursuant to the Joint Stipulation for Dismissal filed by the parties in this action, it is hereby ORDERED, ADJUDGED and DECREED that all claims of the Plaintiff against Defendants be and hereby are dismissed with prejudice with each party to bear his or her own costs.

So ORDERED this the ____ day of August, 2007.

_____
U.S. District Court Judge