IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 2:06-cv-1031-WKW |
| | ) |
| NAPHCARE, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon due consideration of the plaintiff's Dismissal of All Corrections Defendants (Doc. # 17), it is ORDERED that the parties are to file a notice of dismissal or stipulation in accordance with Federal Rule of Civil Procedure 41(a)(1).[1]  It is ORDERED that the plaintiff's "Dismissal" is DENIED.

DONE this 10th day of August, 2007.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Rule 41 (a)(1) reads as follows:

(a) an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party or an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

Fed. R. Civ. P. 41 (a)(1).