IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TYEESHA LASHAYE MARTIN,                )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   CASE NO. 2:06-CV-1031-WKW
                                        )
NAPHCARE, INC.; MARC Q. SONNIER;        )
 JAMES DELONG; BARBARA GAIL             )
WALTERS, EDDIE NAGLE;                   )
C.I. HADLEY; DONAL CAMPBELL;            )
et al.,                                 )
                                        )
    Defendants.                         )

## JOINT STIPULATION OF DISMISSAL
## OF EDDIE NAGLE, C.I. HADLEY AND DONAL CAMPBELL

Comes now the parties, Plaintiff, and Defendants, Eddie Nagle, C.I. Hadley, and Donal Campbell, through undersigned counsel, and jointly show the Court that all claims between the parties have been resolved and that the parties hereto request the Court to enter an Order dismissing all claims against these Defendants, with prejudice, with each party to bear their own costs.

Respectfully submitted,

Julian P. Hardy, Jr. (HAR012)

Madison W. O'Kelley, Jr. (OKE001)
Attorneys for Plaintiff

Neal P. Conner (CON020)
Assistant General Counsel
Alabama Department of Corrections

**ADDRESS OF COUNSEL:**
Pritchard McCall & Jones
505 North 20th Street
800 Financial Center
Birmingham, Alabama 35203
205-328-9190
205-458-0035 facsimile

Neal P. Conner
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130

## CERTIFICATE OF SERVICE

I hereby certify that on the _13th_ day of _August_, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

**Celeste P. Holpp, Esq.**
Norman, Wood, Kendrick & Turner
800 Financial Center, Suite 1600
505 Twentieth Street, North
Birmingham, AL 35203

**Martha L. Thompson**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484

**Stanley Allen Cash**
Huie Fernambucq Stewart LLP
Three Protective Center
2801 Highway 280 South, Suite 200
Birmingham, AL 35223-2484

**Julian Patterson Hardy, Jr.**
Pritchard, McCall & Jones
800 Financial Center
505 North 20th Street
Birmingham, AL 35203-2605

**Madison Willis O'Kelley, Jr.**
Pritchard, McCall & Jones
800 Financial Center
505 North 20th Street
Birmingham, AL 35203-2605

**Neal P. Conner**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, AL 36130

_____
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN,           ) | |
| )                                  | |
|    Plaintiff,     ) | |
| )                                  | |
| v.                               ) | CASE NO. 2:06-CV-1031-WKW |
| )                                  | |
| NAPHCARE, INC.; MARC Q. SONNIER; ) | |
| JAMES DELONG; BARBARA GAIL       ) | |
| WALTERS, EDDIE NAGLE;            ) | |
| C.I. HADLEY; DONAL CAMPBELL;     ) | |
| et al.,                          ) | |
| )                                  | |
|    Defendants.    ) | |

**<u>ORDER</u>**

Upon due consideration of the parties' Joint Stipulation of Dismissal (Doc #21), it is ORDERED that Eddie Nagle, C. I. Hadley and Donal Campbell are DISMISSED from this case with prejudice. The parties shall bear this own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

So ORDERED, this the _____ day of August, 2007.

_____
United States District Judge