IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYEESHA LASHAYE MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1031-WKW |
| NAPHCARE, INC., *et al.*, | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

Upon due consideration of the parties' Joint Stipulation of Dismissal (Doc. # 21), it is ORDERED that Eddie Nagle, C.I. Hadley, and Donal Campbell are DISMISSED from this case with prejudice. The parties shall bear their own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 14th day of August, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE